```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04915
MICHAEL ERICKSON
MOLLY QUILTY-ERICKSON                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
SSN XXX-XX-1485      SSN XXX-XX-0176

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/01/08 and confirmed on 04/25/08.

    2.  The case was dismissed after confirmation, 10/24/2008.

    3.  The Debtor paid a total of $   3220.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
CITIMORTGAGE INC         CURRENT MORTG         .00            .00            .00
CITIMORTGAGE INC         MORTGAGE ARRE    21103.22            .00        2762.46
ILLINOIS DEPT REVENUE    PRIORITY         NOT FILED           .00            .00
CHAUFFEURS TEAMSTERS & H UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC      UNSECURED        NOT FILED           .00            .00
COLLECT AMERICA          UNSECURED        NOT FILED           .00            .00
COMED                    UNSECURED        NOT FILED           .00            .00
ENH RADIOLOGY            UNSECURED        NOT FILED           .00            .00
HSBC                     UNSECURED        NOT FILED           .00            .00
LAKE FOREST ORTHOPEDIC   UNSECURED        NOT FILED           .00            .00
ILLINOIS BONE & JOINT CE UNSECURED        NOT FILED           .00            .00
CAPITAL RECOVERY II      UNSECURED        NOT FILED           .00            .00
LAKE FOREST EMERGENCY PH UNSECURED        NOT FILED           .00            .00
LAKE FOREST HOSPITAL     UNSECURED        NOT FILED           .00            .00
LAKE FOREST PEDIATRICS   UNSECURED        NOT FILED           .00            .00
MJ WEIS & BL FERGUSON    UNSECURED        NOT FILED           .00            .00
MCI TELECOMMUNICATIONS   UNSECURED        NOT FILED           .00            .00
MUNDELEIN DISPOSAL       UNSECURED        NOT FILED           .00            .00
MCI TELECOMMUNICATIONS   UNSECURED        NOT FILED           .00            .00
NORTHSHORE CAS           UNSECURED        NOT FILED           .00            .00
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
RESURGENT CAPITAL SERVIC UNSECURED        NOT FILED           .00            .00
RICHARD N BROCHU DDS     UNSECURED        NOT FILED           .00            .00
WESTMORELAND OB-GYN      UNSECURED        NOT FILED           .00            .00
           Summary of disbursements:
-----------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED         21103.22              .00           .00           .00       21103.22
PRINCIPAL PAID              2762.46              .00           .00           .00        2762.46
INTEREST PAID                   .00              .00           .00           .00             .00
TOTAL PAID                  2762.46              .00           .00           .00        2762.46
```

The Debtor's attorney, PATRICK J HART                    , was allowed $   3500.00
and was paid $   3226.00   direct and $    274.00   through the plan.

The Trustee received $     183.54 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/14/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                                PAGE   2
        CASE NO. 08 B 04915 MICHAEL ERICKSON & MOLLY QUILTY-ERICKSON